IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| ARC MANAGEMENT GROUP, LLC, : | CHAPTER 7 |
| Debtor. : | Case No. 23-61742 - BEM |
| : | |
| S. GREGORY HAYS, AS CHAPTER 7 : | |
| TRUSTEE FOR ARC MANAGEMENT : | |
| GROUP, LLC, DEBTOR, : | |
| : | |
| Plaintiff, : | Adv.Pro.No. 25-05239 |
| v. : | |
| : | |
| THE J.D. STUART LAW GROUP, LLC, : | |
| J. David Stuart and JOHN DOES 1 – 10, : | |
| : | |
| Defendants. : | |

**STIPULATION PURSUANT TO BLR 9006-1 EXTENDING DEFENDANTS' TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

The above-named Plaintiff, S. Gregory Hays, as Chapter 7 Trustee, and Defendants The

J.D. Stuart Law Group, LLC and J. David Stuart (together, the "Parties") hereby stipulate as

follows:

(a) On February 17, 2026, Defendants acknowledged service of the Complaint in this

matter waiving only the defenses of process and service of process and expressly

reserving all other defenses and rights;

(b) The Parties stipulated that Defendants' time to answer, move or otherwise respond to

the Complaint was extended through and including March 20, 2026, within which to

answer, move or otherwise respond to Plaintiff's Complaint;

(c) On March 20, 2026, the Parties stipulated that the time for Defendants to answer, move

or otherwise respond to the Complaint would be extended through and including March

27, 2026;

(d) On March 27, 2026, the Parties stipulated that the time for Defendants to answer, move or otherwise respond to the Complaint would be extended through and including April 3, 2026;

(e) On April 3, 2026, Defendants J.D. Stuart Law Group, LLC and J. David Stuart filed Defendants J.D. Stuart Law Group, LLC and J. David Stuart's Motion to Dismiss Complaint and Memorandum in Support Pursuant to FED. R. CIV. P. 12(b)(6), as Incorporated by FED. R. BANKR. P. 7012 [Doc. No. 9] (the "Motion to Dismiss"), making the Trustee's Response due on or before April 17, 2026;

(f) On April 14, 2026, the Parties stipulated and agreed that the period in which Plaintiff may file and serve a response and objection to the Motion to Dismiss would be extended through and including May 1, 2026, such that Plaintiff may file a response and objection to the Motion on or before May 1, 2026 ("Stipulation to Extend Response Deadline") [Doc. No. 10];

(g) The Stipulation to Extend Response Deadline was agreed to and signed before the expiration of the time to file a response and objection to the Motion to Dismiss and was promptly filed with the Court [Doc. No. 10];

(h) On April 24, 2026, the Parties submitted a Consent Motion for an Order Extending Period for Plaintiff to Amend Complaint as a Matter of Course [Doc. No. 11];

(i) On April 27, 2026, this Court granted the Parties' Motion [Doc. No. 12];

(j) On May 1, 2026, Plaintiff filed a First Amended Complaint [Doc. No. 14] and a Response to the Motion to Dismiss [Doc. No. 15], making Defendants' deadline to answer, move, or otherwise respond to the First Amended Complaint May 15, 2026;

(k) On May 14, 2026, the Parties respectfully stipulated, pursuant to BLR 9006-1, that Defendants' time to answer, move, or otherwise respond to Plaintiff's First Amended Complaint would be extended from May 15, 2026, through and including May 29, 2026 [Doc. No. 16];

(l) On May 22, 2026, this Court ordered that the Motion to Dismiss was denied as moot in light of Plaintiff's filing of the Amended Complaint [Doc. No. 17];

(m) On May 29, 2026, the Parties stipulated, pursuant to BLR 9006-1, that Defendants' time to answer, move, or otherwise respond to Plaintiff's First Amended Complaint would be extended from May 29, 2026, through and including June 5, 2026 [Doc. No. 18];

(n) On June 5, 2026, the Parties stipulated, pursuant to BLR 9006-1, that Defendants' time to answer, move, or otherwise respond to Plaintiff's First Amended Complaint would be extended from June 5, 2026, through and including June 12, 2026 [Doc. No. 19];

(o) On June 12, 2026, the Parties stipulated, pursuant to BLR 9006-1, that Defendants' time to answer, move, or otherwise respond to Plaintiff's First Amended Complaint [Doc. No. 14] is extended from June 12, 2026, through and including June 19, 2026 [Doc. No. 20];

(p) The Parties hereby stipulate, pursuant to BLR 9006-1, that Defendants' time to answer, move, or otherwise respond to Plaintiff's First Amended Complaint [Doc. No. 14] is extended from June 19, 2026, through and including June 26, 2026;

(q) The Parties further stipulate that the requested extension will allow the Parties to continue their informal discussions and exchange of information, including a review of

the ARC Server, in an effort to evaluate whether the issues in dispute, and the scope of any formal discovery that may be necessary, can be narrowed; and

(r)   Except as otherwise expressly provided herein, nothing contained in this Stipulation shall be deemed or construed as a waiver of any legal or factual position, contention, defense, objection, argument, or right of any Party, all of which are expressly reserved.

Dated: June 19, 2026.

**Stipulated to by:**

***/s/Matthew A. Hood***
Matthew A. Hood, GA Bar No. 970801
358 Roswell Street, NE
Suite 1140
Marietta, Georgia 30060
Phone: (404) 662-2616
mhood@thehoodlawfirm.com

*Counsel for Defendants*

**Stipulated to by:**

LAW OFFICES OF
HENRY F. SEWELL, JR., LLC

By: ***/s/ Henry F. Sewell, Jr***
      Henry F. Sewell, Jr.
      Georgia Bar No. 636265
      hsewell@sewellfirm.com
Suite 555
2964 Peachtree Road, NW
Atlanta, Georgia 30305
(404) 926-0053

*Counsel for Plaintiff*